NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEROY O. WILLIAMS,**
*Claimant-Appellant*

**v.**

**PETER O'ROURKE, ACTING SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2017-2186

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-1126, Chief Judge Robert N. Davis.

---

**JUDGMENT**

---

JONATHAN BRYAN KELLY, Jonathan Kelly & Associates, Raleigh, NC, argued for claimant-appellant.

AGATHA KOPROWSKI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; BRIAN D. GRIFFIN, CHRISTINA

LYNN GREGG, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| June 7, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |